**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Charles Dewayne Henley |
| Debtor 2 (Souse, if filing) | |
| United States Bankruptcy Court for the: NORTHERN District of Mississippi | |
| Case Number | 17-13064-JDW |

## Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae")     **Court claim no.** (if known): 4

**Last 4 digits** of any number you use to Identify the debtor's account: 0042

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney Fees | | (3) | $ |
| 4. Filing fees and court costs | 7/25/17, 7/28/17, 8/3/17, 8/16/17, 8/23/17 | (4) | $ 348.56 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify | | (10) | $ |
| 11. Other. Specify: | | (11) | $ |
| 12. Other. Specify: | | (12) | $ |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  <u>Charles Dewayne Henley</u>        Case number *(if known)* <u>17-13064-JDW</u>
    First Name        Middle Name      Last Name

| **Part 2:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*X*  <u>/s/ Kimberly D. Mackey</u>        Date <u>1/31/18</u>
   Signature

Print        <u>Kimberly D. Mackey</u> (MSB# 102418)        Title <u>Associate Attorney</u>
       First Name  Middle Name Last Name

Company      <u>Dean Morris, LLC</u>

Address      <u>2309 Oliver Road</u>

           <u>Monroe, LA 71201</u>

Contact phone  <u>(318) 330-9020</u>        Email <u>miss.bk@ms.creditorlawyers.com</u>

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CHARLES DEWAYNE HENLEY                    CASE NO.: 17-13064-JDW
                                                 CHAPTER 13

### CERTIFICATE OF SERVICE

I, Kimberly D. Mackey, hereby certify that I have notified all interested parties of the Notice

of Mortgage Payment Change filed by Seterus, Inc as reflected on the foregoing notice,

Charles Dewayne Henley                      Charles Dewayne Henley
13616 DEANS RD                              299 DEAR ROAD
CEDARBLUFF, MS 39741                        CEDAR BLUFF, MS, 39741

William C. Cunningham                       Charles Dewayne Henley
Attorney at Law                             299 Deans Road
wccsinc@gmail.com                           Cedar Bluff, MS 39741

Terre M. Vardaman
Trustee
VARDAMAN13ECF@gmail.com

U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

by electronic transmission or mailing this notice and a copy of the Notice of Mortgage Payment

Change  filed herein by United States Mail, first class, postage prepaid and properly addressed, all

on this ___January 31_____, 20_18_.

                              Dean Morris, LLC
                              2309 Oliver Road
                              Monroe, Louisiana  71201
                              (318) 330-9020


                              /s/ Kimberly D. Mackey
                              Kimberly D. Mackey  (MSB# 102418)
                              Attorney for Movant

# *Dean Morris, LLC*

## *Mississippi Division*

*1505 North 19th Street,  Monroe,  LA    71201*

*Phone:  318-330-9020     Fax:  318-340-7600*

# I N V O I C E

08/28/2017

Invoice #: 6014060
Federal ID #: 72-0676934

Seterus, Inc

| | | | |
|---|---|---|---|
| Matter ID: | F17-0597 | Name: | Henley, Charles |
| Address: | 13616 DEANS RD | County: | Clay |
| Loan #: | | Investor #: | |
| Loan Type: | CONV | Investor: | FNMA |

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 08/23/2017 | Attorney Fees - Foreclosure (First Legal) | $1,105.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 07/25/2017 | Check # 142244 M A Title Services, LLC; Disbursement for Title Search | $225.00 |
| 07/28/2017 | Check # 142268 Clay County Chancery Clerk; Disbursement for SOT | 13.00 |
| 08/03/2017 | Check # 142377 M A Title Services, LLC; Disbursement for Skip Trace (Non-Recoverable) | 50.00 |
| 08/16/2017 | Check # 11097 Clay County Chancery Clerk; Disbursement for F17-0597/NOS Posting | 2.00 |
| 08/23/2017 | Check # 142671 The Daily Times Leader; Disbursement for F17-0597 8/23 | 58.56 |

## *INVOICE SUMMARY*

| | | | |
|---|---|---|---|
| For  Professional Services: | 0.00  Hours | | $1,105.00 |
| For Disbursements Incurred: | | | 348.56 |
| **Total Due:** | | | **$1,453.56** |

All fees and expenses/disbursements are consistent with company guidelines

*Page 1*